Abel Acosta, Clerk
Court of Criminal Appeals

75,864-03

P.O. Box 12308 Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 22 2015

Abel Acosta, Clerk

October 18, 2015

RE: Guzman Bartholomew Antonio
CCA NO: WR-75,864-03
Trial Court Case NO. 1053411-A

Dear Clerk:

I am writing in regards of the above case. Could you PLEASE send me a copy of a up to date Docket Sheet?

Thank you kindly for your assistance and time in this most urgent matter.

Enclosed you will find a self stamed envelope for your convenience.

Sincerely,
Bartholomew A Guzman
#1399983
Wynne Unit
810 FM 2821
Huntsville, Texas
77349